UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USDC - DVT
5:20-cr-47-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Docket No. 3:20mj818 (TOF) |
| v. | : | |
| | : | |
| | : | |
| RONALD ROY | : | September 21, 2020 |

GOVERNMENT'S MOTION FOR DETENTION

Pursuant to Fed. R. Crim. P. 32.1(a)(6), the government, by and through the undersigned Assistant United States Attorney, respectfully moves the Court to enter an order detaining the defendant pending the completion of a revocation hearing. Rule 32.1(a)(6) provides that the defendant bears the burden of proving by "clear and convincing" evidence that he will not "flee or pose a danger to any other person or the community[.]" The defendant was being supervised in the District of Vermont following his 2002 conviction in the District of New Hampshire for unlawful distribution of heroin that resulted in death. On September 2, 2020, United States District Judge Geoffrey W. Crawford issued a warrant for the defendant's arrest based on multiple alleged violations of the conditions of his supervised release, including that the defendant failed to return to Vermont after being instructed to do so by the United States Probation Office and that the USPO had not heard from Roy since September 2, 2020. The USPO concurs with this request, noting that it is their belief that Roy poses an immediate risk to the community and himself.

1

Under these circumstances, the government submits that the defendant cannot sustain his burden and should be detained pending a revocation hearing in the District of Vermont.

        Respectfully submitted,

        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        */s/ Maria del Pilar Gonzalez*
        MARIA DEL PILAR GONZALEZ
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. ct30716

CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2020, a copy of the foregoing Motion for Detention was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Maria del Pilar Gonzalez*
    MARIA DEL PILAR GONZALEZ
    ASSISTANT UNITED STATES ATTORNEY