USDC - DVT
5:20-cr-47-1

CLOSED

# United States District Court
# District of Massachusetts (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−03025−KAR−1

Case title: USA v. Roy

Date Filed: 02/03/2022

Date Terminated: 02/04/2022

Assigned to: Magistrate Judge Katherine A. Robertson

## Defendant (1)

**Ronald Roy**
*TERMINATED: 02/04/2022*

represented by **Timothy G. Watkins**
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617−223−8061
Fax: 617−223−8080
Email: Timothy_Watkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 3148.F − Violation(s) of Conditions of Supervised Release | |

## Plaintiff

**USA**

represented by **Steven H. Breslow**
United States Attorney's Office
300 State Street
Springfield, MA 01105−2926
413−785−0330
Fax: 413−785−0394
Email: steve.breslow@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2022 | 1 | Rule 5(c)(3) Documents Received as to Ronald Roy. (Rivera, Melissa) (Additional attachment(s) added on 2/3/2022: # 1 Memorandum, # 2 Arrest Warrant) (Rivera, Melissa). (Entered: 02/03/2022) |
| 02/03/2022 |   | Arrest (Rule 5) of Ronald Roy. (Rivera, Melissa) (Entered: 02/03/2022) |
| 02/03/2022 | 2 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Ronald Roy ISSUED: <br><br>Initial Appearance − Rule 5 set for **2/4/2022 at 2:00 PM** in Remote Proceeding : Springfield before Magistrate Judge Katherine A. Robertson.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Rivera, Melissa) (Entered: 02/03/2022) |
| 02/04/2022 | 3 | ELECTRONIC NOTICE of Case Assignment as to Ronald Roy; Magistrate Judge Katherine A. Robertson assigned to case. (Finn, Mary) (Entered: 02/04/2022) |
| 02/04/2022 | 5 | Magistrate Judge Katherine A. Robertson: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to Ronald Roy. (Rivera, Melissa) (Entered: 02/04/2022) |
| 02/04/2022 | 6 | WAIVER of Rule 32.1 Hearings by Ronald Roy. (Rivera, Melissa) (Entered: 02/04/2022) |
| 02/04/2022 | 7 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Katherine A. Robertson: Initial Appearance in Rule 5(c)(3) Proceedings by Video as to Ronald Roy held on 2/4/2022. Present: AUSA Steven H. Breslow, AFPD Timothy G. Watkins, USPO Bush, USPO Hansen (from the District of VT) and Deft (Custody). After reviewing the Financial Affidavit, the Court deemed it appropriate to appoint counsel. The defendant was represented by the FPD's Office. Rule 5 documents provided to the defendant and discussed with counsel. He was advised of the violation(s) alleged and as to his rights. He filed a Waiver of Rule 32.1 Hearing waiving the identity hearing and production of warrant. He asked that the Preliminary and Detention Hearing be held in the prosecuting district. Based on the waiver filed and the reliable warrant made available, the Court found that Mr. Roy is the named defendant. The Govt moved for detention. The Court allowed the Government's motion for detention, without prejudice to any rulings made in the prosecuting district. The defendant shall be remanded to the custody of the US Marshals and removed to the District of Vermont. Commitment to Another District to issue. (Court Reporter Name and Contact or digital recording information: Kelly Mortellite at mortellite@gmail.com.) (Rivera, Melissa) (Entered: 02/04/2022) |
| 02/04/2022 | 8 | Magistrate Judge Katherine A. Robertson: ORDER entered. COMMITMENT TO ANOTHER DISTRICT as to Ronald Roy. Defendant committed to the District of Vermont. (Rivera, Melissa) (Entered: 02/04/2022) |

| | | |
|---|---|---|
| 02/04/2022 | 9 | Notice to District of Vermont of a Rule 5 or Rule 32 Initial Appearance as to Ronald Roy. Your case number is: 5:20−cr−00047−GWC. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to mad_certcopy@mad.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Rivera, Melissa) (Entered: 02/04/2022) |