NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                      Case No. 5:20-cr-47-1

Ronald Roy

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Wednesday, August 31, 2022, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Release from Custody, Motion to Cancel Hearing on Competency and Motion for Final Revocation Hearing (Doc. 30).

Location: Main Courtroom                          JEFFREY S. EATON, Clerk

                                                             By: *Pamela J. Lane*
                                                              Deputy Clerk
                                                              8/18/2022

TO:

Eugenia A. Cowles, AUSA

Michael L. Desautels, FPD

Sunnie Donath, Court Reporter